FILED

08 APR 14 PM 1: 24

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

DWAYNE HARRIS
                    Plaintiff,

vs.

JAMES TILTON DIRECTOR OF
CDCR., BEN CURRY
WARDEN OF C.T.F. ET, AL., Defendant.

)
)
)
)
)
)
)
)
)
)
)

CASE NO. C 07 5306 JSW

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

I, DWAYNE HARRIS , declare, under penalty of perjury that I am the plaintiff in

the above entitled case and that the information I offer throughout this application is true and correct.

I offer this application in support of my request to proceed without being required to prepay the full

amount of fees, costs or give security. I state that because of my poverty I am unable to pay the

costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?                    Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name

and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  | and wages per month which you received.  (If you are imprisoned, specify the last place of
2  | employment prior to imprisonment.)
3  | _____
4  | _____
5  | _____
6  | 2.      Have you received, within the past twelve (12) months, any money from any of the following
7  | sources:
8  |        a.      Business, Profession or                   Yes ____ No  ✗
9  |                self employment
10 |        b.      Income from stocks, bonds,                Yes ____ No  ✗
11 |                or royalties?
12 |        c.      Rent payments?                            Yes ____ No  ✗
13 |        d.      Pensions, annuities, or                   Yes ____ No  ✗
14 |                life insurance payments?
15 |        e.      Federal or State welfare payments,        Yes ____ No  ✗
16 |                Social Security or other govern-
17 |                ment source?
18 | If the answer is "yes" to any of the above, describe each source of money and state the amount
19 | received from each.
20 | _____ N/A _____
21 | _____
22 | 3.      Are you married?                                 Yes ____ No  ✗
23 | Spouse's Full Name: _____
24 | Spouse's Place of Employment: _____
25 | Spouse's Monthly Salary, Wages or Income:
26 | Gross $_____ Net $_____
27 | 4.      a.      List amount you contribute to your spouse's support:$ _____
28 |        b.      List the persons other than your spouse who are dependent upon you for support

children, list only their initials and ages. DO NOT INCLUDE

5.  5.   Do you own or are you buying a home?            Yes ____ No __X__

6.  Estimated Market Value: $_____ Amount of Mortgage: $_____

7.  6.   Do you own an automobile?                 Yes ____ No __X__

8.  Make _____ Year _____ Model _____

9.  Is it financed? Yes _____ No _____ If so, Total due $_____

10. Monthly Payment $_____

11. 7.   Do you have a bank account? Yes ____ No __X__ (Do not include account numbers.)

12. Name(s) and address(es) of bank: _____

13.

14. Present balance(s): $_____

15. Do you own any cash? Yes ____ No __X__ Amount $_____

16. Do you have any other assets? (If "yes," provide a description of each asset and its estimated

17. market value.)  Yes ____ No ____

18.

19. 8.   What are your monthly expenses?

20. Rent: $_____ Utilities: _____

21. Food: $_____ Clothing: _____

22. Charge Accounts:

23. Name of Account            Monthly Payment              Total Owed on This Acct.

24.

26. _____        $_____        $_____

27. 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom

28. they are payable. Do not include account numbers.)

1  _____
2  _____
3  10.      Does the complaint which you are seeking to file raise claims that have been presented in
4  other lawsuits?    Yes ____ No _X_
5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6  they were filed.
7  _____ N/A _____
8  _____
9        I consent to prison officials withdrawing from my trust account and paying to the court the
10  initial partial filing fee and all installment payments required by the court.
11       I declare under the penalty of perjury that the foregoing is true and correct and understand
12  that a false statement herein may result in the dismissal of my claims.
13
14  _2·27·08_                    _Dwayne Harris_
15        DATE                    SIGNATURE OF APPLICANT
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2          Case Number: C 07 5306

3

4

5

6

7

8                          CERTIFICATE OF FUNDS

9                                  IN

10                      PRISONER'S ACCOUNT

11

12          I certify that attached hereto is a true and correct copy of the prisoner's trust account

13   statement showing transactions of _HARRIS  POI755_____ for the last six months
                                          [prisoner name]
14   _CORRECTIONAL TRAINING FACILITY_ where (s)he is confined.
                   [name of institution]
15          I further certify that the average deposits each month to this prisoner's account for the

16   most recent 6-month period were $ _13.33_____ and the average balance in the prisoner's

17   account each month for the most recent 6-month period was $ _22.75_____.

18

19   Dated: _4-10-08_                        Brenda Nation Acct Technician
                                             [Authorized officer of the institution]
20

21

22   CORRECTIONAL TRAINING FACILITY          THE WITHIN INSTRUMENT IS A CORRECT
                                             COPY OF THE TRUST ACCOUNT MAINTAINED
23   P.O. BOX 686                            BY THIS OFFICE.
                                             ATTEST: 4-10-08
     SOLEDAD, CA  93960                      CALIFORNIA DEPARTMENT OF CORRECTIONS
24   ATTN  TRUST OFFICE                      BY Brenda Nation
                                             TRUST OFFICE
25                                           Acct Technician

26

27

28

                                    - 5 -

REPORT ID: TS3030  .701

REPORT DATE: 04/10/08
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CTF SOLEDAD/TRUST ACCOUNTING
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 11, 2007 THRU APR. 10, 2008

ACCOUNT NUMBER : P01755
ACCOUNT NAME : HARRIS, DWAYNE
PRIVILEGE GROUP: D

BED/CELL NUMBER: CFOWT100000001418
ACCOUNT TYPE: I

## TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 11/2007 | | BEGINNING BALANCE | | | | | 62.02 |
| 11/19 | FC07 | DRAW-FAC 7 | 1624 OWING | | | 45.00 | 17.02 |
| 11/17 | FC07 | DRAW-FAC 7 | 1913 FC07 | | | 15.00 | 2.02 |
| 11/19 | FR01 | CANTEEN RETUR | 701893 | | | 6.52- | 8.54 |
| 11/26 | D300 | CASH DEPOSIT | 1998 68820 | | 40.00 | | 48.54 |

ACTIVITY FOR 2008

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 01/14 | FR01 | CANTEEN RETUR | 702181 | | | 4.95- | 53.49 |
| 01/14 | FC07 | DRAW-FAC 7 | 2205 OWING | | | 45.00 | 8.49 |
| 01/19 | W502 | POSTAGE CHARG | 2275 POST | | | 4.90 | 3.59 |
| 01/28 | W502 | POSTAGE CHARG | 2389 POST | | | 1.92 | 1.67 |
| 01/19 | FR01 | CANTEEN RETUR | 702652 | | | 30.60- | 32.27 |
| 01/19 | FC07 | DRAW-FAC 7 | 2675 OWING | | | 32.27 | 0.00 |
| 01/17 | FR01 | CANTEEN RETUR | 703010 | | | 9.16- | 9.16 |
| 01/17*FC07 | | DRAW-FAC 7 | 3033 OWING | | | 7.14 | 2.02 |
| 01/21 | D300 | CASH DEPOSI- | 3065 68433 | | 40.00 | | 42.02 |

## CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 04/06/2008 | H110 | COPIES HOLD | 2893 MCOPY | 0.20 |

## TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 62.02 | 80.00 | 100.00 | 42.02 | 0.20 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---------------------------|
| 41.82 |

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: 4-10-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY TRUST OFFICE