George

**FILED**

APR - 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEAR CLERK OF THE COURT

JJW

MY NAME IS DWAYNE HARRIS CASE # C 07 5306
I WAS TRYING TO SEE IF THE COURT CLERK RECEIVED
MY FIRST AMENDED COMPLAINT MAILED TO THE COURT ON
2·27·08, I WANTED TO KNOW IF THIS COURT RECEIVED
IT BECAUSE I HAVEN'T RECEIVED ANY NOTIFICATION OF RECIEPT
I WOULD APPRECIATE IF THE COURT COULD RESPOND
THANK YOU AND GOD BLESS




                    SINCERLY

                    Dwayne Harris

                    DWAYNE HARRIS
                    # P.01755