DEAR CLERK OF THE COURT AS THE PLAINTIFF IN CASE NO C 07 5306 JSW IT IS MY DUTY TO INFORM THE COURT, NORTHERN DISTRICT OF CALIFORNIA, OF THE PLAINTIFFS DWAYNE HARRIS P01755 NEW MAILING ADDRESS AS OF 5.15.08. PLAINTIFF IN THE ABOVE TITLE CASE NOW IS HOUSED AT AVENAL STATE PRISON P.O. BOX 9 AVENAL CA 93204.

THANK YOU FOR YOUR ASSISTANCE

**RECEIVED**
MAY 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Sincerely

Dwayne Harris

DWAYNE HARRIS

5.15.08

I DECLARE THAT I have over the age of 18 and not a party to within the above action... ... was put into the mail sent to: THE U.S. DISTRICT COURT OF CALIFORNIA ... ... CLERK OF THE COURT.

FROM: ... ... Dwayne Harris P-01755, P.O. Box ... ... CA.

LETTER OF NOTICE OF NEW ADDRESS ISSUE

DECLARANT

Dwayne Harris

5-18-08

SAMMIE HYERS HOTTS
PO BOX 9 3-4 146
AVENAL, CA 93204

AVENAL STATE PRISON 420
Mailed From 93204
05/19/2008
US POSTAGE

"LEGAL MAIL"
5.18.08

U.S. DISTRICT COURT OF [ILLEGIBLE]
NORTHERN DISTRICT
[illegible address lines]