EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
ERIN SULLIVAN, State Bar No. 242757
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5716
 Fax: (415) 703-5843
 Email: Erin.Sullivan@doj.ca.gov

Attorneys for Defendants J. Sisk, R. Pope, B. Curry, P. Dennis, and M. Arfa.[1/]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DWAYNE V. HARRIS,<br><br>         Plaintiff,<br><br>    v.<br><br>JAMES TILTON, et al.,<br><br>         Defendants. | Case No. C-07-5306 JSW<br><br>**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

Defendants J. Sisk, R. Pope, B. Curry, P. Dennis, and M. Arfa (Defendants), for reasons identified in the accompanying declaration of Erin B. Sullivan, respectfully request a 60-day

///

///

///

---

1. To the Office of the Attorney General's best knowledge, no summons has been properly served on J. Tilton. Accordingly, no appearance is entered on his behalf.

extension of time up to and including August 1, 2008, in which to file and serve a dispositive motion.

Dated: June 2, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

JONATHAN L. WOLFF
Supervising Deputy Attorney General

ERIN SULLIVAN
Deputy Attorney General
Attorneys for Defendants J. Sisk, R. Pope, B. Curry, P. Dennis, and M. Arfa

40259517.wpd
SF2008401802

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Dwayne Harris v. James Tilton, et al.**

Case No.:    C-07-5306 JSW

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **June 2, 2008**, I served the attached:

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

**DECLARATION OF ERIN B. SULLIVAN IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Dwayne Harris, P-01755**
**Avenal State Prison**
**P.O. Box 9**
**Avenal, CA 93204**
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **June 2, 2008**, at San Francisco, California.

          J. Palomino                                    /s/ J. Palomino
          Declarant                                          Signature

40259665.wpd