EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
ERIN SULLIVAN, State Bar No. 242757
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5716
 Fax: (415) 703-5843
 Email: Erin.Sullivan@doj.ca.gov

Attorneys for Defendants J. Sisk, R. Pope, B. Curry, P. Dennis, and M. Arfa.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DWAYNE HARRIS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JAMES TILTON, et al.,<br><br>　　　　　　　Defendants. | Case No. C-07-5306 JSW<br><br>**DECLARATION OF ERIN B. SULLIVAN IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

I, Erin B. Sullivan, declare:

1. I am a Deputy Attorney General in the California Attorney General's Office, counsel of record for Defendants J. Sisk, R. Pope, B. Curry, P. Dennis, and M. Arfa (Defendants) in this matter. I am competent to testify to the matters set forth in this declaration, and if called upon by this Court, would do so. I submit this declaration in support of Defendants' Request for an Extension of Time to File a Dispositive Motion.

2. According to the Court's Order, the last day for Defendants to file a dispositive motion is June 2, 2008.

Decl. Sullivan Supp. Defs.' Req. for Extension of Time　　　　　　　　　　　　　　　　　　　　　　　　　Harris v. Tilton, et al.
Case No. C-07-5306 JSW

1

1    3.   Defendants were served with Notice and Acknowledgment of Receipt of Summons and
2 Complaint by the Unites States Marshals Service on May 8, 2008. On May 20, 2008, this case
3 was forwarded to our office by the Correctional Training Facility's litigation coordinator.
4    4.   Defendants' counsel was assigned to this case on May 29, 2008. Consequently,
5 Defendants' counsel requests additional time in order to adequately review the complaint and
6 prepare a dispositive motion. Additionally, Defendants' counsel has yet to identify or request
7 documents that will be necessary to support Defendants' anticipated dispositive motion. Counsel
8 therefore respectfully requests an extension of time for an additional sixty days in which to file a
9 dispositive motion, so that it must be filed on or before August 1, 2008.
10   5.   Plaintiff is currently incarcerated and cannot easily be contacted concerning an
11 extension of time.
12   6.   No previous extension of time has been sought regarding filing of Defendants'
13 dispositive motion. This request is not made for the purpose of harassment or undue delay or for
14 any improper reason.
15   I declare under penalty of perjury that I have read this document, and its contents are true
16 and correct to the best of my knowledge.
17   Executed in San Francisco, California on June 2, 2008.

ERIN B. SULLIVAN
Deputy Attorney General

40259627.wpd
SF2008401802

Decl. Sullivan Supp. Defs.' Req. for Extension of Time

*Harris v. Tilton, et al.*
Case No. C-07-5306 JSW

2