IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DWAYNE HARRIS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES TILTON, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. C-07-5306 JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

　　　Defendants J. Sisk, R. Pope, B. Curry, P. Dennis, and M. Arfa filed a request for a 60-day extension of time up to and including August 1, 2008 to file a dispositive motion. The Court, having considered Defendants' request, and good cause having been found:

　　　**IT IS ORDERED** that Defendants' request for an extension of time up to and including July 31, 2008 to file a dispositive motion is GRANTED. Accordingly, any opposition by Plaintiff to Defendants' dispositive motion shall be filed on or before September 2, 2008. Any reply brief by Defendants shall be filed on or before September 17, 2008.

Dated: _____　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey S. White
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

[Proposed] Order Granting Defs.' EOT File Dispositive Mot.　　　　*Harris v. Tilton, et al.*
Case No. C-07-5306 JSW

1