IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DWAYNE HARRIS, | C-07-5306 JSW |
|---|---|
| Plaintiff, | AMENDED [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION |
| v. | |
| JAMES TILTON, et al., | |
| Defendant. | |

    Defendants J. Sisk, R. Pope, B. Curry, P. Dennis, and M. Arfa filed a request for a 60-day extension of time up to and including August 1, 2008 to file a dispositive motion. The Court, having considered Defendants' request, and good cause having been found:

    **IT IS ORDERED** that Defendants' request for an extension of time up to and including August 1, 2008 to file a dispositive motion is GRANTED. Accordingly, any opposition by Plaintiff to Defendants' dispositive motion shall be filed on or before September 2, 2008. Any reply brief by Defendants shall be filed on or before September 17, 2008.

Dated: _____

                                                Hon. Jeffrey S. White
                                                UNITED STATES DISTRICT COURT JUDGE

Amended [Proposed] Order Granting Defs.' EOT File Dispositive Mot.    Harris v. Tilton, et al.
Case No. C-07-5306 JSW

1

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Dwayne Harris v. James Tilton, et al.**

Case No.:    C-07-5306 JSW

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **June 20, 2008**, I served the attached:

### AMENDED [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Dwayne Harris, P-01755**
**Avenal State Prison**
**P.O. Box 9**
**Avenal, CA 93204**
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **June 20, 2008**, at San Francisco, California.

_____              _____
        J. Palomino                              Signature
        Declarant

20118191.wpd