FILED
JUN 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DWAYNE HARRIS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JAMES TILTON, et al.,<br><br>　　　　　　　Defendant. | C-07-5306 JSW<br><br>AMENDED [PROPOSED]<br>ORDER GRANTING<br>DEFENDANT'S MOTION<br>FOR EXTENSION OF TIME<br>TO FILE DISPOSITIVE<br>MOTION<br>(Docket 13) |

Defendants J. Sisk, R. Pope, B. Curry, P. Dennis, and M. Arfa filed a request for a 60-day extension of time up to and including August 1, 2008 to file a dispositive motion. The Court, having considered Defendants' request, and good cause having been found:

**IT IS ORDERED** that Defendants' request for an extension of time up to and including August 1, 2008 to file a dispositive motion is GRANTED. Accordingly, any opposition by Plaintiff to Defendants' dispositive motion shall be filed on or before September 2, 2008. Any reply brief by Defendants shall be filed on or before September 17, 2008.

Dated: 6/24/08

Hon. Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE

Amended [Proposed] Order Granting Defs.' EOT File Dispositive Mot.　　　　　　Harris v. Tilton, et al.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. C-07-5306 JSW

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DWAYNE HARRIS,

        Plaintiff,

v.

JAMES TILTON et al,

        Defendant.

Case Number: CV07-05306 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dwayne Harris - P01755
P.O. Box 9
Avenal, CA 93204

Dated: June 24, 2008

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk