DWAYNE HARRIS PLAINTIFF
P.O. BOX. 9. 120-1-28UP
Avenal CA- 93204.
IN PRO PER.

FILED
08 JUN 24 PM 12:32
RICHARD W. WILKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DWAYNE HARRIS
    PLAINTIFF
VS.
JAMES TILTON, et. al..
    DEFENDANTS

CASE NO. C07-5306 JSW
PLAINTIFF'S MOTION TO ENTER DEFAULT OF JUDGEMENT AGAINST DEFENDANTS IN SAID MATTER.

1. I AM THE PLAINTIFF ACTING IN PRO PER IN THIS MATTER. I AM ABLE AND COMPETANT TO TESTIFY TO ALL MATTERS PERTAINING TO THIS ACTION. IF CALLED UPON WILL DO SO.

2. ACCORDING TO THE COURTS LAST ORDER DATED 4·2·08, THE CLERK OF THE COURT ISSUED SUMMONS ON DEFENDANTS JAMES TILTON et.AL. AND THE UNITED STATES MARSHALL SERVED SAID DEFENDANTS, AND THE OFFICE OF THE ATTORNEY GENERAL'S BY US. MAIL, UNDER THE RULES OF F.R.C.P.

3. THE COURT LAST ORDER. RULED THE DEFENDANT'S HAS NO LATER THAN (60) DAYS FROM THE DATE OF THE ORDER 4·2·08 TO ANSWER. AND IN THE COURTS LENIENCY, GAVE DEFENDANTS AMPLE OPPORTUNITY, AND NUMEROUS AVENUES IN WHICH TO RESOLVE THIS MATTER (IE: SUMMARY JUDGEMENT, DISPOSITIVE MOTIONS,

(1.)

1 | BASED TOATAlly ON FRCP 56.

2 | 4. IF ANY DEFENDANT IS OF THE OPPINION THAT THIS CASE CANNOT BE RESOLVE

3 | BY SUMMARY JUDGEMENT HE SHALL SO INFORM THE COURT PRIOR TO THE DATE

4 | OF SUMMARY JUDGEMENT IS DUE. INSTEAD OF THE DEFENDANTS CONFORMING

5 | TO THE FEDERAL RULES OF CIVIL PROCEDURES. AND INFORMING THE COURT THAT

6 | THEY COULD NOT RESOLVE THIS MATTER BY SUMMARY JUDGEMENT. DEFENDANT'S

7 | INSTEAD PETITION THE COURT FOR AN ADDITIONAL TIME. IN VIOLATION OF FEDERALLY

8 | ESTABLISHED CIVIL RULES OF COURT.

9 | 5. ACCORDING TO DEFENDANTS OWN DECLARATION THE U.S. MARSHALS SERVED THE

10 | SUMMONS ON MAY 8TH 2008. GIVING THE DEFENDANTS ADEQUATE TIME TO ANSWER

11 | AND OBEY THE COURTS ORDER AND THE FRCP.

12 | 6. FOR REASONS IDENTIFIED IN THIS MOTION PLAINTIFF RESPECTFULLY ASK THE

13 | COURT TO ENTER DEFAULT OF JUDGEMENT

15 | DATED: JUNE 16. 2008.

16 | RESPECTFULLY SUBMITTED.
17 | DWAYNE HARRIS
18 | _____
     IN PRO PER.

**FORM E**

Proof of Service by Mail

[Case Name and Court Number]

I declare that:

I am a resident of AVENAL STATE PRIS in the county of KING, California. I am over the age of 18 years. My residence address is:

P.O. Box #9 AVENAL CA. 93204.

On 6·16·08, I served the attached MOTION TO ENTER DEFAULT on the DEFENDANT(S) in said case by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully paid, in the United States mail at AVENAL STATE PRISON addressed as follows:

P.O. UNITED STATES DISTRICT COURT NORTHERN DISTRICT 450 Golden Gate AVE. 94102; OFFICE OF ATTORNEY GENERALS 455 Golden Gate AVE SUITE FLOOR

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on 6·18·08 [date], at AVENAL, California.

DWAYNE HARRIS
[Type or Print Name]

Dwayne Ha——
[Signature]