IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DWAYNE HARRIS, | ) | No. C 07-5306 JSW (PR) |
| Plaintiff, | ) | **ORDER DENYING MOTION FOR DEFAULT JUDGMENT** |
| v. | ) | |
| JAMES TILTON, et al., | ) | **(Docket No. 19)** |
| Defendants. | ) | |
| _____ | ) | |

      Plaintiff, currently incarcerated in Soledad, California, has filed this civil rights complaint regarding the conditions of his confinement at the prison. The Court ordered the complaint served upon Defendants, and scheduled the filing of dispositive motions. Plaintiff has filed a motion "to enter default" judgment against Defendants because Defendants have not filed a dispositive motion or notice that such a motion is not warranted within the time allotted in the order of service. As the Court has granted Defendants an extension of time in which to file a dispositive motion, Plaintiff's motion for default judgment (Docket No. 19) is DENIED.

      IT IS SO ORDERED.

DATED: July 3, 2008

_____
JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

DWAYNE HARRIS,

    Plaintiff,

v.

JAMES TILTON et al,

    Defendant.

Case Number: CV07-05306 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dwayne Harris
P01755
P.O. Box 9
Avenal, CA 93204

Dated: July 3, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk