EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Acting Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
ERIN SULLIVAN, State Bar No. 242757
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5716
  Fax: (415) 703-5843
  Email: Erin.Sullivan@doj.ca.gov

Attorneys for Defendants J. Tilton, J. Sisk, R. Pope, B. Curry, P. Dennis, and M. Arfa

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DWAYNE HARRIS,**<br><br>                    Plaintiff,<br><br>v.<br><br>**JAMES TILTON, et al.,**<br><br>                    Defendants. | Case No. C-07-5306 JSW<br><br>**DEFENDANT TILTON'S MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

Defendant J. Tilton, for reasons identified in the accompanying declaration of Erin B. Sullivan, respectfully requests an extension of time up to and including August 1, 2008, in which

///

///

///

///

///

///

1 | to file and serve a dispositive motion.

2 | Dated: July 7, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

ROCHELLE C. EAST
Acting Senior Assistant Attorney General

JONATHAN L. WOLFF
Supervising Deputy Attorney General

*/s/ Erin Sullivan*

ERIN SULLIVAN
Deputy Attorney General
Attorneys for Defendants J. Tilton, J. Sisk, R. Pope, B. Curry, P. Dennis, and M. Arfa

20119730.wpd
SF2008401802

Def. Tilton's Mot. for Ext. Time

*Harris v. Tilton, et al.*
Case No. C-07-5306 JSW

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   Harris v. Tilton, et al.

No.:   C-07-5306 JSW

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **July 7, 2008**, I served the attached

**DEFENDANT TILTON'S MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

**DECLARATION OF ERIN B. SULLIVAN IN SUPPORT OF DEFENDANT TILTON'S MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

**[PROPOSED] ORDER GRANTING DEFENDANT TILTON'S MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Dwayne Harris, P-01755**
**Avenal State Prison**
**P.O. Box 8**
**Avenal, CA 93204**
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **July 7, 2008**, at San Francisco, California.

| J. Palomino | *[signature]* J. Palomino |
|---|---|
| Declarant | Signature |

20119999.wpd