EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Acting Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
ERIN SULLIVAN, State Bar No. 242757
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5716
  Fax: (415) 703-5843
  Email: Erin.Sullivan@doj.ca.gov

Attorneys for Defendants J. Tilton, J. Sisk, R. Pope, B. Curry, P. Dennis, and M. Arfa

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DWAYNE HARRIS,<br><br>                          Plaintiff,<br><br>v.<br><br>JAMES TILTON, et al.,<br><br>                         Defendants. | Case No. C-07-5306 JSW<br><br>**DECLARATION OF ERIN B. SULLIVAN IN SUPPORT OF DEFENDANT TILTON'S MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

I, Erin B. Sullivan, declare:

    1.    I am a Deputy Attorney General in the California Attorney General's Office, counsel of record for Defendants J. Tilton, J. Sisk, R. Pope, B. Curry, P. Dennis, and M. Arfa (Defendants) in this matter. I am competent to testify to the matters set forth in this declaration, and if called upon by this Court, would do so. I submit this declaration in support of Defendant Tilton's Motion for an Extension of Time to File a Dispositive Motion.

    2.    According to the Court's Order, the last day for Defendants to file a dispositive motion was June 2, 2008.

Decl. Sullivan Supp. Def. Tilton's Mot. for Ext. Time        *Harris v. Tilton, et al.*
Case No. C-07-5306 JSW

1

3. Defendants J. Sisk, R. Pope, B. Curry, P. Dennis, and M. Arfa were served with Notice and Acknowledgment of Receipt of Summons and Complaint by the United States Marshals Service on May 8, 2008. However, Defendant Tilton was not served with Notice and Acknowledgment of Receipt of Summons and Complaint by the United States Marshals Service until May 27, 2008. Acknowledgment of Receipt of Summons and Complaint was submitted on June 5, 2008.

4. A Motion for Extension of Time was filed by Defendants J. Sisk, R. Pope, B. Curry, P. Dennis, and M. Arfa on June 2, 2008. At that time, the Office of the Attorney General did not appear on behalf of Defendant Tilton due to the staggered service of process. Defendants' Motion for Extension of Time to File a Dispositive Motion was granted by this Court on June 24, 2008.

5. Defendant Tilton requests this extension of time so that Defendants J. Sisk, R. Pope, B. Curry, P. Dennis, M. Arfa, and J. Tilton can file a single dispositive motion on or before August 1, 2008.

6. Plaintiff is currently incarcerated and cannot easily be contacted concerning an extension of time.

7. No previous extension of time has been sought regarding filing of Defendant Tilton's dispositive motion. This request is not made for the purpose of harassment or undue delay or for any improper reason.

I declare under penalty of perjury that I have read this document, and its contents are true and correct to the best of my knowledge.

Executed in San Francisco, California on July 7, 2008.

ERIN B. SULLIVAN
Deputy Attorney General

20119931.wpd
SF2008401802

Decl. Sullivan Supp. Def. Tilton's Mot. for Ext. Time

*Harris v. Tilton, et al.*
Case No. C-07-5306 JSW