IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DWAYNE HARRIS,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JAMES TILTON, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. C-07-5306 JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TILTON'S MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

Defendant J. Tilton filed a motion for an extension of time up to and including August 1, 2008 to file a dispositive motion. The Court, having considered Defendant's request, and good cause having been found:

**IT IS ORDERED** that Defendant's request for an extension of time up to and including August 1, 2008 to file a dispositive motion is GRANTED. Accordingly, any opposition by Plaintiff to Defendant's dispositive motion shall be filed on or before September 2, 2008. Any reply brief by Defendants shall be filed on or before September 17, 2008.

Dated: _____          _____
　　　　　　　　　　　　　　　　　　　　　The Honorable Jeffrey S. White
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

[Proposed] Order Granting Def. Tilton's EOT File Dispositive Mot.　　　Harris v. Tilton, et al.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. C-07-5306 JSW

1