FILED

JUL 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DWAYNE HARRIS, | Case No. C-07-5306 JSW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANT TILTON'S MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION |
| v. | |
| JAMES TILTON, et al., | (Docket No. 22) |
| Defendants. | |

Defendant J. Tilton filed a motion for an extension of time up to and including August 1, 2008 to file a dispositive motion. The Court, having considered Defendant's request, and good cause having been found:

**IT IS ORDERED** that Defendant's request for an extension of time up to and including August 1, 2008 to file a dispositive motion is GRANTED. Accordingly, any opposition by Plaintiff to Defendant's dispositive motion shall be filed on or before September 2, 2008. Any reply brief by Defendants shall be filed on or before September 17, 2008.

Dated: 7/14/08

The Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE

[Proposed] Order Granting Def. Tilton's EOT File Dispositive Mot.

*Harris v. Tilton, et al.*
Case No. C-07-5306 JSW

1

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DWAYNE HARRIS,

    Plaintiff,

v.

JAMES TILTON et al,

    Defendant.
_____/

Case Number: CV07-05306 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dwayne Harris
P01755
P.O. Box 9
Avenal, CA 93204

Dated: July 14, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk