1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  ERIN SULLIVAN, State Bar No. 242757
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5716
     Fax: (415) 703-5843
8    Email: Erin.Sullivan@doj.ca.gov

9  Attorneys for Defendants Tilton, Curry, Pope, Sisk,
   Dennis, and Arfa

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DWAYNE HARRIS, | Case No. C-07-5306 JSW |
|---|---|
| Plaintiff, | **DEFENDANTS' NOTICE OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** |
| v. | |
| JAMES TILTON, et al., | |
| Defendant. | |

TO PLAINTIFF DWAYNE HARRIS, PRO SE:

**PLEASE TAKE NOTICE** that under Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Tilton, Curry, Pope, Sisk, Dennis, and Arfa (Defendants) move this Court to dismiss Plaintiff Dwayne Harris's (Plaintiff) Amended Complaint for failure to state a claim upon which relief can be granted, and on the grounds that Defendants are entitled to qualified immunity.

///

///

Defs.' Not. Mot. Dismiss                                    Harris v. Tilton, et al.
                                                            Case No. C-07-5306 JSW

1

1  This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, this Court's file, and any matters properly before this Court.

Dated: August 1, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

ROCHELLE C. EAST
Senior Assistant Attorney General

JONATHAN L. WOLFF
Supervising Deputy Attorney General

*/s/ Erin Sullivan*

ERIN SULLIVAN
Deputy Attorney General
Attorneys for Defendants Tilton, Curry, Pope, Sisk, Dennis, and Arfa

20129605.wpd
SF2008401802

Defs.' Not. Mot. Dismiss

Harris v. Tilton, et al.
Case No. C-07-5306 JSW

2