IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DWAYNE HARRIS,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JAMES TILTON, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. C-07-5306 JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |

　　　Defendants Tilton, Curry, Pope, Sisk, Dennis, and Arfa (Defendants) filed a Motion to Dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure based on Plaintiff's failure to state a claim under which relief could be granted. Defendants also requested that the Court grant them qualified immunity and dismiss Plaintiff's demand for injunctive relief.

　　　This Court, having considered the Motion to Dismiss, the opposition papers, the Court's files, and for good cause appearing, grants Defendants' Motion to Dismiss in its entirety.

　　　IT IS HEREBY ORDERED that this action is dismissed.

Dated: _____　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable Jeffrey S. White
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

[Proposed] Order Granting Defs.' Mot. Dismiss　　　　　　　　　　　　　　Harris v. Tilton, et al.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. C-07-5306 JSW

1