IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DWAYNE HARRIS,<br><br>                              Plaintiff,<br><br>  v.<br><br>JAMES TILTON, et al.,<br><br>                              Defendants. | Case No. C-07-5306 JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER TO STAY DISCOVERY** |

Defendants Tilton, Curry, Pope, Sisk, Dennis, and Arfa (Defendants) moved this Court to stay discovery pending their motion to dismiss, which was filed on August 1, 2008, and which asserts qualified immunity. The Court, after having considered Defendants' request, and good cause having been found:

**IT IS ORDERED** that Defendants' motion for a stay is granted. All discovery, including discovery that has already been served, and any discovery motions, is stayed until the Court issues an order on the threshold issue of qualified immunity.

Dated: _____    _____
                                                  The Honorable Jeffrey S. White
                                                  UNITED STATES DISTRICT COURT JUDGE

[Proposed] Order Granting Defs.' Mot. Protective Order Stay Disc.              *Harris v. Tilton, et al.*
                                                                                Case No. C-07-5306 JSW

1