7·29·08

THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA.

TO THE CLERK OF THE COURT, I AM THE PLAINTIFF IN THE ABOVE ENTITLED COURT IN CASE NO. C 07-5306 JSW. IT IS THE RESPONSIBILITY OF THE PLAINTIFF TO INFORM THE COURT OF ANY NEW MAILING ADDRESS. F.RCP 41(b.)
THE PLAINTIFF, NOW WOULD TAKE THIS OPPERTUNITY TO INFORM THE COURT OF THE PLAINTIFF DWAYNE HARRIS NEW PRISON HOUSING ADDRESS. CHUCKAWALLA VALLEY STATE PRISON P.O. BOX. 2349. BLYTHE, CA. 92226. D9-160 Middle

Sincerly

Dwayne Harris
P.01755.

/s/ Dwayne Harris