1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  ERIN SULLIVAN, State Bar No. 242757
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
7   Telephone: (415) 703-5716
    Fax: (415) 703-5843
8   Email: Erin.Sullivan@doj.ca.gov

9  Attorneys for Defendants Tilton, Curry, Pope, Sisk,
   Dennis, and Arfa

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DWAYNE HARRIS,<br><br>                Plaintiff,<br><br>v.<br><br>JAMES TILTON, et al.,<br><br>                Defendants. | Case No. C-07-5306 JSW |

**AMENDED DECLARATION OF SERVICE BY U. S. MAIL WITH NOTICE OF CHANGE OF ADDRESS**

Amended Declaration of Service by U. S. Mail.                                                                       *Harris v. Tilton, et al.*
                                                                                                                               Case No. C-07-5306 JSW

7-29-08

To Whom it may Concern,
I am The Plaintiff in The Above Entitled case # C07-5306 JSW. it is The Duty of The Plaintiff to Inform The Court and any Defendant Involved, of any change of Address. FRCP 41(b).
Plaintiff now Takes responsibility to Inform The Office of The Attorney General of my new Address. I am now Housed at The Chuckawalla Valley State Prison P.O. Box 2349 Blythe CA. 92226 Dorm/D9 Bed 16a Middle.

Sincerely
Dwayne Harris
Potts

Dwayne Ha[rris]

## AMENDED DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    *Harris v. Tilton, et al.*

Case No.:     U. S. D. C., N. D., SAN FRANCISCO DIV., C-07-5306 JSW

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **August 1, 2008**, the inmate was served the

1. DEFENDANTS' NOTICE OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM
2. SUMMARY OF ARGUMENT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
3. DEFENDANTS' MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES
4. [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
5. DECLARATION OF SERVICE BY U.S. MAIL
6. DEFENDANTS' MOTION TO STAY DISCOVERY
7. [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER TO STAY DISCOVERY

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Dwayne Harris, P-01755
Avena State Prison
P. O. Box 8
Avenal, CA 93204
*Pro Per*

On **August 6, 2008**, I served a copy of

1. AMENDED DECLARATION OF SERVICE BY U. S. MAIL WITH NOTICE OF CHANGE OF ADDRESS

1

2. DEFENDANTS' NOTICE OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM
3. SUMMARY OF ARGUMENT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
4. DEFENDANTS' MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES
5. [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
6. DECLARATION OF SERVICE BY U.S. MAIL
7. DEFENDANTS' MOTION TO STAY DISCOVERY
8. [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER TO STAY DISCOVERY

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Dwayne Harris, P-01755
Chuckawalla Valley State Prison
P. O. Box 2349
Blythe, CA 92226

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **August 6, 2008**, at San Francisco, California.

J. Baker
Declarant

Signature

20130466.wpd