DWAYNE HARRIS
P.O. BOX 2349, D9-160 M
BLYTHE CA. 92226.
IN PRO PER.

**FILED**
AUG 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| DWAYNE HARRIS | NO. C-07-5306 JSW |
| VS. | CHANGE OF Address |
| JAMES TILTON DIRECTOR OF CORRECTION OF CDCR et AL DEFENDANTS | |

## CHANGE OF Address

I AM THE PLAINTIFF IN THE ABOVE ENTITLED ACTION, IT IS THE RESPONSIBILITY OF THE PLAINTIFF TO INFORM THE COURT AND ALL PARTIES INVOLVED OF ANY CHANGE OF ADDRESS FRCP 41(b).
PLAINTIFF IS NOW HOUSED AT, CHUCKAWALLA VALLEY STATE PRISON P.O. BOX 2349 D-9 160 M BLYTHE CA. 92226.

SINCERLY
DWAYNE HARRIS
/s/ Dwayne Harris
8.7.08

```
 1  STATE OF CALIFORNIA    )              PROOF OF SERVICE BY
                           ) ss           PERSON IN STATE CUSTODY
 2  COUNTY OF RIVERSIDE    )

 3          I, Dwayne Harris           , the undersigned, certify, and

 4  do declare that I am over the age of 18 years, incarcerated at Chuckawalla

 5  Valley State Prison, located at     Blythe, California and a party/ not a party

 6  to the attached foregoing cause of action. On  8-7-        , 2008 ,

 7  I did serve a true copy of: CHANGE OF ADDRESS

12  [ ] by depositing it in a prison mail box in a sealed envelope, or [ ] by

13  handing it to institutional staff in a sealed envelope, along [ ] with Inmate

14  Trust Account Withdrawal Order Form attached to it requesting that postage be

15  fully prepaid, or [ ] with postage affixed thereto for deposit in The United

16  States Mail pursuant to California Code of Regulations Sections 3142 and 3165;

17  Addressed to the following: OFFICE OF THE ATTORNEY GENERAL
                                 455 GOLDEN GATE AVE SUITE 11000
18                               SAN FRANCISCO, CA. 94102

19    OFFICE OF CLERK    NORTHERN DISTRICT OF CALIFORNIA
                         450 GOLDEN GATE AVE
20                       SAN FRANCISCO, CA. 94102

21  Intended place of mailing: U.S. Post Office, at Blythe, California.

22  I further declare under penalty of perjury that the foregoing is true and

23  correct to the best of my knowledge, and belief. Executed on  8-7-08       ,

24  _____.

25

26                                                  /s/ Wayne H___
                                            PETITIONER/DECLARANT IN PROPER
27

28  ///
```

