1  DWAYNE HARRIS P.01755
2  P.O. Box 2349 - D9-160-M.
3  BLYTHE CA. 92226.

FILED
08 AUG 18 PM 2:51
[U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DWAYNE HARRIS
   PLAINTIFF

   V.

JAMES TILTON. et al,

   DEFENDANTS

NO. C 07 5306 JSW

PLAINTIFF'S MOTION FOR EXTENSION TO FILE OPPOSITION TO DEFENDANT DISPOSITIVE MOTION

PLAINTIFF DWAYNE HARRIS. FOR reasons IDENTIFIED IN THE ACCOMPANYING DECLARATION OF DWAYNE HARRIS RESPECTFULLY REQUEST A 60-DAY

///
///
///
///
///
///
///

(1)