1 DWAYNE HARRIS P.01755
2 P.O. BOX. 2349. D9.160.M
3 BLYTHE CA. 92226
4
5 IN PRO PER.
6
7
8            UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF
10                   CALIFORNIA

11 DWAYNE HARRIS            NO. C-07-5306 JSW
12        PLAINTIFF          DECLARATION OF DWAYNE HARRIS
                              IN SUPPORT OF MOTION FOR
13      V.                    EXTENTION OF TIME TO FILE
                              OPPOSITION TO DEFENDANTS
14 JAMES TILTON et. al.       DISPOSITIVE MOTION.
15        DEFENDANTS,
16

17 I, DWAYNE HARRIS, declare:
18 1. I am THE PLAINTIFF IN THE ABOVE ENTITLED ACTION
19 ACTING IN PRO PER.
20 I AM COMPETENT TO TESTIFY IN THE MATTERS SET FORTH
21 IN THIS DECLARATION, AND IF CALLED UPON BY THIS COURT
22 WOULD DO SO.
23 I SUBMIT THIS DECLARATION IN SUPPORT OF PLAINTIFFS
24 REQUEST FOR AN EXTENSION OF TIME TO FILE OPPOSITION
25 TO DISPOSITIVE MOTION.
26 2. ACCORDING TO THE COURTS ORDER THE PLAINTIFF LAST
27 DAY TO FILE OPPOSITION MOTION IS SEPTEMBER, 2. 2008
28 ANY REPLY BRIEF BY DEFENDANTS SHALL BE FILED ON OR

(1)

1 | BEFORE SEPTEMBER 17, 2008.
2 | 3. PLAINTIFF DWAYNE HARRIS, WERE SERVED WITH NOTICE
3 | OF RECIEPT OF DISPOSITIVE MOTION TO DISMISS, BY THE U.S.
4 | POSTAL SERVICE IN A SEALED ENVELOPE ON AUGUST 11, 2008
5 | AT THE CHUCKAWALLA VALLEY STATE PRISON IN BLYTHE
6 | CALIFORNIA.
7 | 4. PLAINTIFF, SERVED THE COURT AND DEFENDANTS WITH A
8 | NOTICE OF CHANGE OF ADDRESS ON JULY 29, 2008 BY PLACING
9 | A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH
10 | POSTAGE THEREON FULLY PREPAID, IN THE HANDS AND CARE
11 | OF THE (CDCR) OFFICER FOR LEGAL MAIL OUTS.
12 | FOR THE PURPOSE OF MAILING THROUGH THE U.S. POSTAL
13 | SERVICE.
14 | 5. A MOTION FOR EXTENTION OF TIME WAS FILED BY PLAINTIFF
15 | DWAYNE HARRIS ON AUGUST 13, 2008, AT THE TIME PLAINTIFF did
16 | NOT RECIEVE DEFENDANTS MOTION TO DISMISS, UNTIL 10 DAYS
17 | AFTER THE COURTS AUGUST 1, 2008 ORDER, DUE TO PLAINTIFF
18 | BEING MOVED AND ATTORNEY GENERALS RESPONSIBILITY TO RE-ROUTE
19 | DOCUMENTS THROUGH THE U.S. POSTAL SERVICE AFTER RECEIVEING
20 | PLAINTIFF CHANGE OF ADDRESS ON JULY 29, 2008.
21 | 6. PLAINTIFF DWAYNE HARRIS REQUEST THIS EXTENSION OF TIME
22 | SO THAT PLAINTIFF CAN RESPOND TO DEFENDANTS DISPOSITIVE
23 | MOTION ON OR BEFORE OCTOBER 2, 2008.
24 | 7. NO PREVIOUS EXTENSION OF TIME HAS BEEN SOUGHT REGARDING
25 | FILING OF PLAINTIFF DWAYNE HARRIS, MOTION IN OPPOSITION, THE
26 | REQUEST IS NOT MADE FOR THE PURPOSE OF UNDUE DELAY OR FOR
27 | ANY IMPROPER REASON.
28 | I declare under PENALTY of PERJURY THAT I HAVE READ THIS

(2)

1 | DOCUMENT. AND ITS CONTENTS ARE TRUE AND CORRECT TO THE BEST
2 | OF MY KNOWLEDGE.
3 | EXECUTED IN BLYTHE, CALIFORNIA ON AUGUST 13, 2008.

*[signature: Dwayne Harris]*
DWAYNE HARRIS
PLAINTIFF IN PRO PER.

```
STATE OF CALIFORNIA    )                    PROOF OF SERVICE BY
                       ) ss                 PERSON IN STATE CUSTODY
COUNTY OF RIVERSIDE    )
```

I, **Dwayne HARRIS**, the undersigned, certify, and do declare that I am over the age of 18 years, incarcerated at Chuckawalla Valley State Prison, located at Blythe, California and a party/ not a party to the attached foregoing cause of action. On **8·14·08**, _____,

I did serve a true copy of: ① **MOTION FOR EXTENTION OF TIME TO FILE OPPOSITION; DECLARATION IN SUPPORT OF OPPOSITION OF DISPOSITIVE MOTION,**
② **INTERROGATORIES**

[ ] by depositing it in a prison mail box in a sealed envelope, or [ ] by handing it to institutional staff in a sealed envelope, along [ ] with Inmate Trust Account Withdrawal Order Form attached to it requesting that postage be fully prepaid, or [ ] with postage affixed thereto for deposit in The United States Mail pursuant to California Code of Regulations Sections 3142 and 3165;

Addressed to the following: **US. NORTHERN DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA 450 Golden Gate Avenue, SAN FRANCISCO, CALIFORNIA. 94102-▬**

**OFFICE OF ATTORNEY GENERAL 455 Golden Gate Ave SUITE 11000 SAN FRANCISCO, CALIFORNIA 94102-3664**

Intended place of mailing: U.S. Post Office, at Blythe, California.

I further declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and belief. Executed on **8·14·08**,

_/s/ Dwayne H_____
PETITIONER/DECLARANT IN PROPER

///